## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

   CYDMARIE TORRES          Chapter 13

            Debtor          Bankruptcy No. 15-10036-JKF
                                           Date: 6/25/2015
                                           Time: 9:30am
                                           Courtroom: #Courtroom #3
                                           900 Market St,
                                           Philadelphia PA 19107

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

**AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

**WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                             Respectfully submitted,

                                             /s/ William C. Miller
                                             _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee
                                             P.O. Box 40119
                                             Philadelphia, PA 19106
                                             Telephone: (215)627-1377