## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| CYDMARIE TORRES | : | CASE NO: 15-10036JKF |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO MODIFY PLAN POST-CONFIRMATION

The Debtor, through counsel, hereby avers:

1. On August 12, 2016, Debtor filed the above-captioned motion to modify the confirmed Chapter 13 Plan (the "Motion").

2. On August 12, 2016, the Motion and Notice of Motion was served on the Debtor, Standing Chapter 13 Trustee, and United States Trustee.

3. Pursuant to Local Bankruptcy Rule 9014-3(i), any response to the Motion was due on August 26, 2016.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 402-3437 (fax)