IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| CYDMARIE TORRES | CASE NO: 15-10036JKF |
| Debtor | |

## ORDER

AND NOW, this 15th day of September, 2016, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a) to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Fourth Amended Plan filed on September 15, 2016.

Jean K. FitzSimon
United States Bankruptcy Judge