```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                       Case No. 15-10036-jkf
Cydmarie Torres                                              Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett            Page 1 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: pdf900            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db             +Cydmarie Torres,    2324 N. Howard Street,    Philadelphia, PA 19133-3728
13451862       +Allgate Financial LLC,    160 N Franklin St Ste 30,    Chicago, IL 60606-1869
13451864       +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
13451865       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13451868       +Philadelphia Housing Dev't Corp.,     1234 Market St.,    17th Floor,
                 Philadelphia, PA 19107-3729
13451871       +Redevelopment Authority of Philadelphia,     1234 Market St.,    16th Fl,
                 Philadelphia, PA 19107-3706
13451873       +Sears/CBNA,    Po Box 6189,    Sioux Falls, SD 57117-6189
13498988       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     211 North Front Street,
                 Harrisburg, Pennsylvania 17101-1406
13520433        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg, PA  17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:08:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:13      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13541573        E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:23      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13453867        E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13451866       +E-mail/Text: ahamilton@hillcrestdavidson.com Sep 17 2016 02:07:16
                 Hillcrest Davidson & Assoc.,    850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13479354       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 17 2016 02:07:14      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13451870        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:04
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13504580        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13451867       +E-mail/Text: blegal@phfa.org Sep 17 2016 02:08:16      Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13451869       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:34
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13451872       +E-mail/Text: courtinfo@myshs.com Sep 17 2016 02:08:19      Safehome Security,   55 Sebethe Dr.,
                 Cromwell, CT 06416-1054
13467035        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:54      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13451863       ##+Citizens Bank of PA,    1701 JFK Blvd,    22nd Floor,    Philadelphia, PA 19103-2849
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett           Page 2 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Cydmarie  Torres alfonsomadridlawECF@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                           TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CYDMARIE TORRES | : | CASE NO: 15-10036JKF |
| | : | |
| Debtor | : | |

**ORDER**

AND NOW, this 15th day of September, 2016, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a) to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Fourth Amended Plan filed on September 15, 2016.

Jean K. FitzSimon
United States Bankruptcy Judge