**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CYDMARIE TORRES                              Chapter 13


                    Debtor              Bankruptcy No. 15-10036-JKF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


**Date: February 16, 2017**

_____
Jean K. FitzSimon
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFONSO G MADRID, ESQ.
757 SOUTH 8TH ST

PHILADELPHIA, PA 19147-


Debtor:
CYDMARIE TORRES

2324 N. HOWARD STREET

PHILADELPHIA, PA 19133