United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 15-10036-jkf
Cydmarie Torres                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Feb 16, 2017
                             Form ID: pdf900           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db              +Cydmarie Torres,    2324 N. Howard Street,    Philadelphia, PA 19133-3728
13451862        +Allgate Financial LLC,    160 N Franklin St Ste 30,    Chicago, IL 60606-1869
13451864        +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
13451865        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13451868        +Philadelphia Housing Dev't Corp.,    1234 Market St.,    17th Floor,
                 Philadelphia, PA 19107-3729
13451871        +Redevelopment Authority of Philadelphia,    1234 Market St.,    16th Fl,
                 Philadelphia, PA 19107-3706
13451873        +Sears/CBNA,    Po Box 6189,    Sioux Falls, SD 57117-6189
13498988        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, Pennsylvania 17101-1406
13520433         U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg, PA  17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2017 01:48:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2017 01:48:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2017 01:42:47     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13541573         E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:48     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13453867         E-mail/Text: mrdiscen@discover.com Feb 17 2017 01:48:19     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13451866        +E-mail/Text: mjackson@hillcrestdavidson.com Feb 17 2017 01:48:27
                 Hillcrest Davidson & Assoc.,    850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13479354        +E-mail/Text: bankruptcygroup@peco-energy.com Feb 17 2017 01:48:23     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13451870         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2017 01:43:17
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13504580         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2017 01:43:17
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13451867        +E-mail/Text: blegal@phfa.org Feb 17 2017 01:48:38     Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13451869        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2017 01:58:50
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13451872        +E-mail/Text: courtinfo@myshs.com Feb 17 2017 01:48:39     Safehome Security,    55 Sebethe Dr.,
                 Cromwell, CT 06416-1054
13467035         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2017 01:41:39     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                        TOTAL: 14


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13451863     ##+Citizens Bank of PA,    1701 JFK Blvd,    22nd Floor,    Philadelphia, PA 19103-2849
                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0313-2        User: Antoinett        Page 2 of 2              Date Rcvd: Feb 16, 2017
                           Form ID: pdf900         Total Noticed: 23

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Cydmarie  Torres alfonsomadridlawECF@gmail.com
          ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com
          THOMAS I. PULEO   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CYDMARIE TORRES                          Chapter 13


                    Debtor              Bankruptcy No. 15-10036-JKF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


**Date: February 16, 2017**

_____
Jean K. FitzSimon
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFONSO G MADRID, ESQ.
757 SOUTH 8TH ST

PHILADELPHIA, PA 19147-


Debtor:
CYDMARIE TORRES

2324 N. HOWARD STREET

PHILADELPHIA, PA 19133